ARTHUR H. GAGNON, as Receiver, etc., v. ARACOMA DRAPERY FABRICS COMPANY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK P. KILLEEN v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTHA W. AISTON, as Administratrix, etc., of ARTHUR C. AISTON, Deceased, v. JOHN GOLDEN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, v. PEARL HARRIS MARROW.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAM R. CORBITT v. CLARENCE S. DAME, INC., and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE EVALENKO v. FREDERICK J. J. STOCK, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SOPHIE BRAVERMAN v. IDA LEAH GORDON and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WILLIAM BELL v. MAYBORO CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JERRY J. VOGEL v. JOHN FRANKLIN MUSIC CO., INC., and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS OSTROFF.— Motion granted, upon condition that the appellant procure the record on appeal and the appellant's points to be served and filed on or before the 26th day of November, 1928, with notice of argument for the 13th day of December, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX ISENBERG.— Motion granted and appeal set down for argument on November 14, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAMES DRURY and Others, Plaintiffs, RUDOLPH LANGFELDER and Another, Ancillary Receivers, etc., v. HENRY L. DOHERTY, as Survivor, etc., and Others, Impleaded with GERTRUDE CORLESS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN BERNSTEIN.— Motion granted, and the time of the appellant within which to file the record on appeal and the appellant's points extended to and including October 29, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE POOLE ENGINEERING AND MACHINE COMPANY v. ELECTRICE CORPORATION, Impleaded with JOSEPH MERCADANTE.— Motion granted, and the time of defendant Joseph Mercadante to answer or otherwise move with respect to the complaint extended until ten days after service of order of this court determining the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.